UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE
DIVISION

Case. No.: 0:15-cv-61213-BB

HOLLY LIVELY,
on behalf of herself and all others similarly situated,

Plaintiff,

v.

CARIBBEAN CRUISE LINE, INC., a Florida
Corporation, and DOES 1 through 20,
inclusive, and each of them,

Defendants.
_____/

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Robert S. Boulter hereby withdraws as counsel for Defendant Caribbean Cruise Line, Inc. Mr. Boulter, a California licensed lawyer, served as local counsel when this matter was pending in the Eastern District of California. Now that the case has been transferred to the Southern District of Florida, Caribbean Cruise Lines can be represented by its Florida Counsel without the need for a California local counsel. Mr. Boulter and Caribbean Cruise Lines consent to this withdrawal and Caribbean Cruise Lines will continue to be represented in this action by Greenspoon Marder.

Dated: July 10, 2015                    Respectfully submitted,

                                         _/s/Richard W. Epstein_____
                                         Richard W. Epstein, Esq.

>Jeffrey A. Backman, Esq.
>200 E. Broward Boulevard, Suite 1500
>Fort Lauderdale, FL 33301
>*Richard.Epstein@gmlaw.com*
>*Jeffrey.Backman@gmlaw.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or; in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>*/s/ Richard W. Epstein*

## SERVICE LIST

CHRISTOPHER W. WOOD, ESQ./ SBN: 193955
KELSEY J. FISCHER, ESQ./ SBN: 292262
DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599
*cwood@dbbwc.com*
*kfischer@dbbwc.com*


JOHN P. KRISTENSEN, ESQ. / SBN: 224132
DAVID L. WEISBERG, ESQ. / SBN 211675
KRISTENSEN WEISBERG, LLP
12304 Santa Monica Boulevard, Suite 221
Los Angeles, CA 90025
Telephone: (310) 507-7924
Facsimile: (310) 507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*

23239694v1